# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARA GONZALEZ, Individually and as Administrator of the Estate of JACOB ANTHONY GONZALEZ, Deceased <br><br> v. <br><br> NORRISTOWN STATE HOSPITAL, DEPARTMENT OF HUMAN SERVICES and INGENESIS, INC.; et al. | : CIVIL ACTION <br> : <br> : NO. _____ <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF REMOVAL

Defendant, InGenesis, Inc. ("InGenesis"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby remove case No. 3218 from the Court of Common Pleas of Philadelphia County to the United States District Court for the Eastern District of Pennsylvania and, as grounds for their removal, state as follows:

1. Plaintiff, Tara Gonzalez, Individually and as Administrator of the Estate of Jacob Anthony Gonzalez, Deceased, commenced this wrongful death action by filing a Complaint against several defendants, including InGenesis, Inc., in Philadelphia County Court of Common Pleas, case No. 3218 on or about January 11, 2026. A copy of the Complaint is attached hereto as Exhibit A.

2. The Complaint alleges that Plaintiff's decedent died while confined as a court-ordered forensic patient at Norristown State Hospital ("NSH"), a state hospital and long-term psychiatric facility located in Montgomery County, PA on

July 14, 2024, "after being assaulted by another NSH patient, Kyle Samuels-Robey ("the Assailant")." (Id. at ¶¶6, 26).

3. Upon information and belief, service of the Complaint was effectuated upon InGenesis on the same date. However, plaintiffs have not yet filed the appropriate Return of Service upon defendant pursuant to Pa. R.C.P. 405.

4. This notice of removal is timely under 28 U.S.C. § 1446(b).

5. InGenesis denies the allegations in the Complaint and denies that plaintiffs have stated a claim for which relief may be granted. Nevertheless, assuming for jurisdictional purposes only that plaintiffs' claims are valid, plaintiffs could have originally filed the Complaint in this Court pursuant to 28 U.S.C. § 1331.

6. Specifically, Count VIII asserts a claim against various defendants, including InGenesis, titled 42 U.S.C. §1983 – Fourteenth Amendment Substantive Due Process.

7. Moreover, Plaintiffs' Complaint goes on to assert additional claims for § 1983 liability, the Americans with Disabilities Act, and Section 504 of the Rehabilitation Act. Id. at Counts IX, X, XI and XII.

8. As such, this Court has original jurisdiction over the subject matter of plaintiffs' Complaint under 28 U.S.C. § 1331 because the Complaint asserts various claims arising under federal law.

## Venue

1. Defendants Norristown State Hospital ("NSH") and Department of Human Services[1] have no objection to this request for removal and join in this removal, as required by 28 U.S.C. § 1446(b)(2)(A).

10. Concurrent with the filing of this Notice, InGenesis will file a Notice of Filing of Notice of Removal with the Court of Common Pleas of Philadelphia County and will attach a copy of this Notice of Removal thereto. A copy of the Notice of Filing of Notice of Removal, without Exhibit 1, is attached hereto as Exhibit B.

11. Defendants reserve the right to amend this Notice of Removal.

12. If any questions arise as to the propriety of the removal of this action, defendants request the opportunity to brief and argue their position that this case is removable.

WHEREFORE, having met all the requirements for removal under 28 U.S.C. § 1331, Defendant InGenesis, Inc. hereby removes this action from the Court of Common Pleas of Philadelphia County to the United States District Court for the Eastern District of Pennsylvania and seek whatever further relief this Court deems equitable and just.

---

[1] Upon information and belief, no other defendants have been served at this time.

        Respectfully submitted,

        **WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY LLP**

    By:   */s/ Georgios Farmakis*
           Tracy A. Walsh, Esquire
           Georgios Farmakis, Esquire
           *Attorney for defendant,*
           *InGenesis, Inc.*

Date: February 10, 2026